# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 27, 2022

Lyle W. Cayce
Clerk

No. 21-50506
Summary Calendar

———

United States of America,

*Plaintiff—Appellee*,

*versus*

Jesus Manuel Ponce-Navarrete,

*Defendant—Appellant*.

———

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:20-CR-575-1

———

Before Davis, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:*

Jesus Manuel Ponce-Navarrete appeals the sentence of 24 months in prison and three years of supervised release imposed after he pleaded guilty to illegal reentry. His sole claim challenges a condition of supervised release providing that if his probation officer determines that he poses a risk to

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50506

another person, the officer may require him to notify that person of the risk. Ponce-Navarrete argues that the district court erred in imposing this condition because it constitutes an impermissible delegation of judicial authority.

The sole issue in this appeal is now foreclosed by *United States v. Mejia-Banegas*, ___ F.4th ___, No. 21-50459, 2022 WL 1223190, at *1-2 (5th Cir. Apr. 26, 2022), in which this court rejected the same argument and held that the district court did not err, plainly or otherwise, by imposing the same risk-notification condition.  We accordingly AFFIRM the judgment of the district court.